IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| COSMIN CHITU,                         ) <br> ) <br> Petitioner,                              ) <br> )     No. 2:25-cv-03180-TLP-atc <br> v.                                              ) <br> ) <br> TRINITY MINTER, Warden of the West ) <br> Tennessee Detention Facility, in her official ) <br> capacity; SCOTT LADWIG, Acting Field ) <br> Office Director of the New Orleans Field ) <br> Office, U.S. Immigration and Customs ) <br> Enforcement; TODD LYONS, in his official ) <br> capacity as acting Director of U.S. ) <br> Immigration and Customs Enforcement; ) <br> KRISTI NOEM, in her official capacity as ) <br> Secretary, U.S. Department of Homeland ) <br> Security; PAMELA BONDI, in her official ) <br> Capacity as U.S. Attorney General of the ) <br> United States; and DARREN K. ) <br> MARGOLIN, Director for Executive Office ) <br> for Immigration Review, ) <br> ) <br> Respondents.                           ) | |

### AMENDED[1] ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner Cosmin Chitu, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.)

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the noncitizen is being

---

[1] This Amended Order corrects the deadline for Respondents to show cause.

detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  Meaning the proper Respondent in this case is Mellissa B. Harper, the New Orleans Field Office Director for ICE Enforcement and Removal Operations.[2]  So the Court respectfully **DIRECTS** the Clerk to terminate Scott Ladwig as Respondent and add Mellissa B. Harper as Respondent.  The remaining Respondents should be retained.

The Court further **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondents Minter, Harper, Lyons, Noem, and Margolin by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  And under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondents not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

And given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondents to show cause in writing on or before close of business on January 12, 2026, why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

---

[2] *See* ICE Relocates New Orleans Field Office Headquarters to St. Rose, Louisiana, U.S. Immigrations and Customs Enforcement, https://perma.cc/FF95-9K6P.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on January 16, 2026.  If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 7th day of January, 2026.

                                                s/ Thomas L. Parker
                                               THOMAS L. PARKER
                                               UNITED STATES DISTRICT JUDGE