IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| COSMIN CHITU, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 2:25-cv-03180-TLP-atc |
| v. ) | |
| ) | |
| TRINITY MINTER, Warden of the West ) | |
| Tennessee Detention Facility, in her official ) | |
| capacity; SCOTT LADWIG, Acting Field ) | |
| Office Director of the New Orleans Field ) | |
| Office, U.S. Immigration and Customs ) | |
| Enforcement; TODD LYONS, in his official ) | |
| capacity as Acting Director of U.S. ) | |
| Immigration and Customs Enforcement; ) | |
| KRISTI NOEM, in her official capacity as ) | |
| Secretary, U.S. Department of Homeland ) | |
| Security; PAMELA BONDI, in her official ) | |
| capacity as U.S. Attorney General of the ) | |
| United States; DARREN K. MARGOLIN, ) | |
| Director for Executive Office for ) | |
| Immigration Review; and MELLISSA B. ) | |
| HARPER, Field Office Director of ICE, ) | |
| ) | |
| Respondents. ) | |

**ORDER DIRECTING PETITIONER TO SHOW CAUSE**

Petitioner Cosmin Chitu, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) In the Order that followed, the Court ordered "Respondents to show cause in writing on or before close of business on January 12, 2026, why the § 2241 Petition should not be granted." (ECF No. 7.) And it ordered "Petitioner to file a reply on or before the close of business on January 16, 2026." (*Id.*) But Petitioner failed to reply.

1

The Court therefore **ORDERS** Petitioner to show cause in writing within 5 days from entry of this order as to why the Court should not dismiss this Petition for failure to prosecute. Failure to abide by this Order may result in the Court dismissing this Petition.

**SO ORDERED**, this 27th day of January, 2026.

                                                s/Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE